IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SCOTT M. THORNTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-08-575-D |
| ) | |
| LARRY HILL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation on Defendant Hameed's Motion to Enforce [Doc. No. 95], issued May 8, 2009, by United States Magistrate Judge Robert E. Bacharach pursuant to 28 U.S.C. § 636(b)(1)(B). Judge Bacharach recommends the denial of Defendant Hameed's Motion to Enforce Court Order Regarding Plaintiff's Failure to Timely Respond [Doc. No. 82], by which Defendant Hameed requests that his motion to dismiss the Amended Complaint be granted for lack of a timely response by Plaintiff.

The deadline for objections to the Report expired on May 28, 2009. A review of the case file reveals that Defendant Hameed has not filed a timely objection to this Report nor requested additional time to object.[1] Thus, the Court finds that Defendant Hameed has waived further review of the issues addressed in the Report.

---

[1] Defendant Hameed did file a timely objection to another report issued the same day [Doc. No. 96], which is addressed by a separate order.

IT IS THEREFORE ORDERED that the Court adopts the Report and Recommendation [Doc. No. 95] in its entirety. Defendant Hameed's Motion to Enforce Court Order Regarding Plaintiff's Failure to Timely Respond [Doc. No. 82] is DENIED.

IT IS SO ORDERED this  2nd   day of June, 2009.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE