IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

SCOTT M. THORNTON,                  )
                                    )
                    Plaintiff,      )
                                    )
v.                                  )          Case No. CIV-08-575-D
                                    )
LARRY HILL, *et al.*,               )
                                    )
                    Defendants.     )

**O R D E R**

This matter is before the Court for review of the Report and Recommendation issued June 17, 2009 [Doc. No. 115], by United States Magistrate Judge Robert E. Bacharach pursuant to 28 U.S.C. § 636(b)(1)(B).  Judge Bacharach recommends that Defendant Correctional Healthcare Management, Inc.'s Motion for Summary Judgment [Doc. No. 83] be granted in part and denied in part.

The deadline for filing objections to the Report was July 8, 2009.  A review of the case file reveals no party has filed a timely objection nor requested additional time to object.[1]  Thus, the Court finds that further review of the issues addressed in the Report is waived.

IT IS THEREFORE ORDERED that the Court adopts the Report and Recommendation [Doc. No. 115] in its entirety.  Defendant Correctional Healthcare Management, Inc.'s Motion for Summary Judgment [Doc. No. 83] is GRANTED in part and DENIED in part.  Defendant Correctional Healthcare Management, Inc. is entitled to summary judgment on Count I, alleging a

---

[1] Judge Bacharach has issued a separate report [Doc. No. 102] regarding a dispositive motion filed by other defendants, who have objected to that report.  Their objections are addressed by a separate order.

denial or obstruction of administrative remedies in violation of Plaintiff's constitutional rights, and summary adjudication of issues under Count V, alleging denial of medical treatment for abdominal/ chest pain and a chronic cough.  A genuine dispute of material facts precludes summary judgment on Plaintiff's allegation in Count V that he was denied adequate treatment for an injury to his right hand in December, 2007.

IT IS SO ORDERED this___15th___ day of July, 2009.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE