IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SCOTT M. THORNTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-08-575-D |
| | ) | |
| LARRY HILL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation Concerning Motion for Injunctive Relief [Doc. No. 130], issued July 17, 2009, by United States Magistrate Judge Robert E. Bacharach pursuant to 28 U.S.C. § 636(b)(1). Judge Bacharach recommends the denial of a Motion for Temporary Injunction, which Plaintiff filed *pro se* on June 1, 2009. Plaintiff is now represented by volunteer counsel, who has entered an appearance at the Court's request pursuant to 28 U.S.C. § 1915(e)(1).

Within the time period for objections, Plaintiff has filed a response [Doc. No. 136] stating that he does not object to the Report and Recommendation. Thus, the Court finds that Plaintiff has waived further review of the issues addressed in the Report. For this reason, and because Judge Bacharach's analysis is correct, the Court concurs in the recommended ruling.

IT IS THEREFORE ORDERED that the Report and Recommendation Concerning Motion for Injunctive Relief [Doc. No. 130] is adopted in its entirety. Plaintiff's Motion for Temporary Injunction [Doc. No. 106] is DENIED.

IT IS SO ORDERED this   11th   day of August, 2009.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE